UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ADRIAN MARCANO, ADMINISTRATOR :
ESTATE OF CARMEN MARCANO, : CIVIL NO: 3-01CV1879 (AVC)

       Plaintiff, :

v. :

UNITED STATES OF AMERICA, :

       Defendant : OCTOBER 21, 2003

## STIPULATION FOR DISMISSAL

The parties hereby stipulate to a voluntary dismissal with respect to the above-captioned matter.

THE PLAINTIFF,
ADRIAN MARCANO

BY: _____
Richard J. Kenny
Kenny, O'Keefe & Usseglio, P.C.
21 Oak Street, Suite 208
Hartford, CT 06106
(860) 246-2700
Federal Bar #: ct04311

THE DEFENDANT,
UNITED STATES OF AMERICA

BY: /s/ R. Cornelius Danaher, Jr.
R. Cornelius Danaher, Jr., Esq.
Danaher Lagnese & Neal, P.C.
21 Oak Street, 7th Floor
Hartford, CT 06106
(860) 247-3666
Federal Bar #: ct22635

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed; postage prepaid this 21st day of October, 2003 to the following:

Brenda M. Green
U.S. Attorney's Office
157 Church Street, 24th Floor
New Haven, CT 06508

                                        _____
                                        Richard J. Kenny
                                        Commissioner of the Superior Court