UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADRIAN MARCANO, ADMINISTRATOR ESTATE OF CARMEN MARCANO, : | CIVIL NO: 3-01CV1879 (AVC) |
| Plaintiff, : | |
| v. : | |
| UNITED STATES OF AMERICA, : | |
| Defendant : | OCTOBER 21, 2003 |

**STIPULATION FOR DISMISSAL**

The parties hereby stipulate to a voluntary dismissal with respect to the above-captioned matter.

THE PLAINTIFF,
ADRIAN MARCANO

BY: _____
Richard J. Kenny
Kenny, O'Keefe & Usseglio, P.C.
21 Oak Street, Suite 208
Hartford, CT 06106
(860) 246-2700
Federal Bar #: ct04311

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: _____ Deputy Clerk